IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEVIN NEIGHBORS                                                                    PLAINTIFF

v.                                    Case No. 6:18-cv-6133

ANDREW SAUL
Commissioner, Social Security Administration                                       DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation (ECF No. 14) filed January 22, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 11th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge